JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
jbarr@atllp.com
malarie@atllp.com

*Attorneys for Defendant/Counterclaimant South West Enterprise Holdings, LLC and Defendant Assured Real Estate, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BASIC WATER COMPANY SPE 1 LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH WEST ENTERPRISE HOLDINGS, LLC, a Nevada limited-liability company; ASSURED REAL ESTATE, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:21-cv-01663-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO BASIC WATER PARTIES' PENDING MOTIONS [ECF NOS. 4, 5, AND 9]**<br><br>**[FIRST REQUEST]** |
| SOUTH WEST ENTERPRISE HOLDINGS, LLC, a Nevada limited-liability company,<br><br>Counter-claimant,<br><br>vs.<br><br>BASIC WATER COMPANY SPE 1 LLC, a Nevada limited-liability company; THE LANDWELL COMPANY, L.P., a Delaware limited partnership; BASIC WATER COMPANY, LLC, a Nevada limited-liability company; BASIC REMEDIATION COMPANY, LLC, a Nevada limited-liability company; BASIC MANAGEMENT, INC., a Nevada corporation; UNITED STATES OF AMERICA, and DOES I-X.<br><br>Counter-defendants. | |

Defendant/Counter-claimant South West Enterprise Holdings, LLC, Defendant Assured Real Estate, Inc., Plaintiff/Counter-defendant Basic Water Company SPE 1, LLC, Counter-defendant The LandWell Company, L.P., Counter-defendant Basic Water Company, Inc., Counter-defendant Basic Remediation Company, LLC, Counter-defendant Basic Management Inc., and Counter-defendant United States of America,[1] by and through their undersigned counsel, hereby stipulate and agree, subject to this Court's approval, to extend and consolidate the deadlines to file responses to the Basic Water parties' pending dispositive motions from their current deadlines (September 30, 2021, October 7, 2021, and October 12, 2021, respectively) to October 12, 2021. The motions at issues are the Motion to Dismiss Third Amended Counterclaims for Business Disparagement, Trade Libel, Tortious Interference with Contract, and Civil Conspiracy (ECF No. 4), Motion for Partial Summary Judgment (Liability) for Trespass and Nuisance (ECF No. 5), and Motion for Partial Summary Judgment on South West Enterprise Holdings, LLC's Counterclaim for Slander of Title (First Counterclaim for Relief) (ECF No. 9). This is the first request to extend these deadlines.

As set forth below, good cause exists to extend and consolidate the above-referenced deadlines. Presently before this Court are three dispositive motions filed by the Basic Water parties. In order to streamline briefing on the dispositive motions, the parties are in agreement to consolidate the response deadlines for all pending dispositive motions to the same date, or to the current deadline for the last filed dispositive motion, which is October 12, 2021. This stipulation is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

/ / /

/ / /

/ / /

/ / /

---

[1] Agreement to this Stipulation shall not be construed as a parties' concession that this Court has jurisdiction over this action. The parties expressly reserve their rights to make such argument in any motion seeking remand or dismissal.

Based on the forgoing, the parties submit that good cause exists to grant this stipulation to extend and consolidate the deadlines to respond to the above-refenced motions to October 12, 2021.

Dated this 28th day of September, 2021.              Dated this 28th day of September, 2021.

RICE REUTHER SULLIVAN & CARROLL, LLP                 ARMSTRONG TEASDALE LLP

By:  /s/ Anthony J. DiRaimondo                       By:  /s/ Michelle D. Alarie
    DAVID A. CARROLL, ESQ. (#7643)                     JEFFREY F. BARR, ESQ. (#7269)
    ANTHONY J. DIRAIMONDO, ESQ. (#10875)               MICHELLE D. ALARIE, ESQ. (#11894)
    ROBERT E. OPDYKE, ESQ. (#12841)                    3770 Howard Hughes Parkway, Suite 200
    3800 Howard Hughes Parkway, Suite 1200              Las Vegas, Nevada 89169
    Las Vegas, NV 89169

*Attorneys for Basic Water Company SPE 1 LLC, The LandWell Company, L.P., Basic Water Company, Inc., Basic Remediation Company, LLC, and Basic Management Inc.*

*Attorneys for South West Enterprise Holdings LLC and Assured Real Estate, Inc.*

Dated this 28th day of September, 2021.

UNITED STATES ATTORNEY'S OFFICE

By:  /s/ Rachel Kent
    CHRISTOPHER CHIOU, ESQ.
    Acting United States Attorney
    District of Nevada
    RACHEL KENT, ESQ
    Assistant United States Attorney
    501 Las Vegas Blvd. So., Suite 1100
    Las Vegas, Nevada 89101

*Attorneys for United States of America*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 29th day of September, 2021.