1 David A. Carroll, Esq. (NSB #7643)
  dcarroll@rrsc-law.com
2 Anthony J. DiRaimondo, Esq. (NSB #10875)
  adiraimondo@rrsc-law.com
3 Robert E. Opdyke, Esq. (NSB #12841)
  ropdyke@rrsc-law.com
4 **RICE REUTHER SULLIVAN & CARROLL, LLP**
  3800 Howard Hughes Parkway, Suite 1200
5 Las Vegas, NV 89169
  Tel: (702) 732-9099
6 *Attorneys for Plaintiff/Counterdefendants Basic Water Company SPE 1 LLC;*
  *The Landwell Company, L.P.; Basic Water Company, LLC; Basic Remediation*
7 *Company, LLC; and Basic Management, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BASIC WATER COMPANY SPE 1 LLC, a Nevada limited-liability company, | Case No. 2:21-cv-01663-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEFS** |
| SOUTH WEST ENTERPRISE HOLDINGS, LLC, a Nevada limited-liability company; ASSURED REAL ESTATE, INC., a Nevada corporation, | |
| Defendants. | |
| SOUTH WEST ENTERPRISE HOLDINGS, LLC, a Nevada limited-liability company, | |
| Counterclaimant, | |
| vs. | |
| BASIC WATER COMPANY SPE 1 LLC, a Nevada limited liability company; THE LANDWELL COMPANY, L.P., a Delaware limited partnership; BASIC WATER COMPANY, a Nevada corporation; BASIC REMEDIATION COMPANY, LLC, a Nevada limited-liability company; BASIC MANAGEMENT, INC., a Nevada corporation; UNITED STATES OF AMERICA; and DOES I-X, | |
| Counterdefendants. | |

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel, stipulate, agree, and hereby request an extension of the current deadline of November 23, 2021 to December 21, 2022, for Plaintiff/Counter-defendant Basic Water Company SPE 1, LLC, Counter-defendant

1  The LandWell Company, L.P., Counter-defendant Basic Water Company, Inc., Counter-defendant
2  Basic Remediation Company, LLC, Counter-defendant Basic Management Inc. ("Basic Water
3  Parties") to file reply briefs in support of their Motion to Dismiss Third Amended Counterclaims
4  for Business Disparagement, Trade Libel, Tortious Interference with Contract, and Civil
5  Conspiracy (ECF No. 4), Motion for Partial Summary Judgment (Liability) for Trespass and
6  Nuisance (ECF No. 5), and Motion for Partial Summary Judgment on South West Enterprise
7  Holdings, LLC's Counterclaim for Slander of Title (First Counterclaim for Relief) (ECF No. 9).
8  This is the first request to extend these deadlines.

9  There is good cause to extend these deadlines based on the amount of time necessary to
10 draft these reply briefs and also in light of the intervening Thanksgiving holiday. All Parties are in
11 agreement to the extension. This stipulation is submitted in good faith, is not interposed for delay,
12 and is not filed for an improper purpose.

13 Based on the forgoing, the Parties submit that good cause exists to grant this stipulation to
14 extend the deadlines to file reply briefs to the above-refenced motions to December 21, 2021.

Dated this 22nd day of November, 2021.              Dated this 22nd day of November, 2021.

RICE REUTHER SULLIVAN & CARROLL, LLP              UNITED STATES ATTORNEY'S OFFICE

By: /s/ Anthony J. DiRaimondo                     By: /s/ Rachel Kent
    DAVID A. CARROLL, ESQ. (#7643)                    NICHOLAS A. TRUTANICH, ESQ. (#13644)
    ANTHONY J. DIRAIMONDO, ESQ. (#10875)              United States Attorney - District of Nevada
    ROBERT E. OPDYKE, ESQ. (#12841)                   RACHEL KENT, ESQ. (# 11795)
    3800 Howard Hughes Parkway, Suite 1200            Assistant United States Attorney
    Las Vegas, NV 89169                               501 Las Vegas Blvd. So., Suite 1100
                                                      Las Vegas, Nevada 89101
    -and-

    KAREN A. PETERSON, ESQ. (NSB #366)            *Attorneys for Defendants United States of America*
    ALLISON MACKENZIE, LTD.
    402 N. Division Street
    P.O. Box 646
    Carson City, Nevada 89702

*Attorneys for Basic Water Parties*

Dated this 22nd day of November, 2021.

ARMSTRONG TEASDALE LLP


By: /s/ Michelle D. Alarie
    JEFFREY F. BARR, ESQ. (#7269)
    MICHELLE D. ALARIE, ESQ. (#11894)
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for South West Enterprise Holdings LLC and Assured Real Estate Inc.*

## ORDER

The foregoing Stipulation is GRANTED.  The deadlines to file the above-referenced reply briefs are extended to December 21, 2021.

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 23rd day of November, 2021.